FILED
IN OPEN COURT

DEC - 9 2025

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JUAN HERNANDEZ HERNANDEZ,<br><br>a/k/a "WENCESLAO HERANDEZ HERNANDE,"<br><br>Defendant. | Case No. 1:25-CR-328<br><br>8 U.S.C. § 1326(a)<br>(Illegal Reentry After Removal) |

**INDICTMENT**

December 2025 Term – at Alexandria, Virginia

THE GRAND JURY CHARGES THAT:

Count One
(*Illegal Reentry After Removal*)

On or about May 26, 2025, the defendant, JUAN HERNANDEZ HERNANDEZ, an alien, was found in the United States at or near Fairfax, Virginia, in the Eastern District of Virginia, after having been removed and deported from the United States on or about August 29, 2014, at or near Brownsville, Texas, without having obtained the express consent of the Attorney General of the United States and the Secretary of the Department of Homeland Security to reapply for admission to the United States.

(In violation of Title 8, United States Code, Section 1326(a))

LINDSEY HALLIGAN
UNITED STATES ATTORNEY AND
SPECIAL ATTORNEY

TODD W. BLANCHE
DEPUTY ATTORNEY GENERAL

ROBERT K. MCBRIDE
FIRST ASSISTANT UNITED STATES ATTORNEY

By: _____
Tony R. Roberts
Assistant United States Attorney

A TRUE BILL

Pursuant to the E-Government Act,
The original of this page has been filed
under seal in the Clerk's Office
_____
FOREPERSON

\*\* But see Order, ECF No. 213, USA v Comey,
1:25-cr-00272 (E.D. Va. Nov. 24, 2025)
and,
Order, ECF No. 140, USA v. James, 2:25-cr-00122
(E.D. Va. Nov. 24, 2025)